452 A.2d 1098

Commonwealth v. Costelli, Appellant.

Argued February 4, 1981. Rolfe C. Marsh, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.